IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMBAT ZONE CORP. ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 3:12-00890-GPM-DGW |
| ) | |
| DOES 1-75. ) | **JURY TRIAL DEMANDED** |
| ) | |
| *Defendants*. ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Combat Zone Corp. hereby dismisses without prejudice all causes of action in its Complaint against all of the Doe defendants. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure is therefore appropriate.

        Respectfully submitted,
        PLAINTIFF COMBAT ZONE CORP.

        By its attorneys,
        SIMMONS BROWDER GIANARIS
           ANGELIDES & BARNERD LLC

Dated: September 21, 2012        By: */s/ Paul A. Lesko*
        Paul A. Lesko – IL Bar No. 6288806
        One Court Street
        Alton, IL 62002
        (618) 259-2222
        (618) 259-2251-*facsimile*
        plesko@simmonsfirm.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

                                              Signed: *<u>/s/ Paul A. Lesko</u>*